IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_Nashville_ DIVISION

RECEIVED
IN CLERK'S OFFICE
JAN 0 5 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

Name of Plaintiff(s) Karen E. McGuffey Elliot

v.

Case No. _____
(To be assigned by Clerk)

Name of Defendant(s)
Theodore W. Elliot
Jane Doe, John Doe
Unknowable University

**COMPLAINT**

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them): The cause of action in this Complaint is endangerment, extortion of finance, & negligence within the family causing me & my children irreparable harm, and previously my mother, regarding monetary means & the pursuit of happiness

2. Plaintiff, Karen E. McGuffey Elliot resides at

   2885 Statesville Road, Watertown,
   Street address                City

   Wilson, TN, 37184, 919-599-1198,
   County   State  Zip Code  Telephone Number

(If more than one plaintiff, provide the same information for each plaintiff below.)

Sophia & Olivia W. Elliot (minor children)

3. Defendant, __Theodore W. Garrett & family__ resides at __5913 Tred Avon Ct.__, __Charlotte__,
Street address / City
__Mecklenburg__, __NC__, __28226__, __704-536-1405__,
County / State / Zip Code / Telephone Number

(If more than one defendant, provide the same information for each defendant below.)

John Doe
Jane Doe
Unknowable University

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

Plaintiff was bequeathed inheritances in the 1970s, 1980s, 2000's, and 2010s. Theodore Garrett and family refused to provide knowledge of these thoroughly, refused to notify me in writing of these, and refused to secure my receipt of them because my mother was pretty. As Plaintiff matured, defamation regarding my parents escalated for Theodore Garrett's quest to capitalize on the stolen wealth. He became a miser instead of a conscionable Christian. In 2007 Plaintiff became aware of his ceaseless defamation because Plaintiff had begun regularly contacting him, his children, and my family members. They claimed bequests, inheritances and investments, stocks, bonds & furnishings would empower me & my daughters to marry well. They

5. Prayers for Relief (List what you want to Court to do):

a. Since Plaintiff has received nothing left to her by any Garrett family member entrusting an Estate to the handling by Theodore W. Garrett in 40 several years, Plaintiff prays to obtain a judgment

b. directing Defendant, Theodore W. Garrett & family to provide all documents, legal tender, wills, testaments, lists of gifts intended for me since 1970 or my birth

c. (1968) to the present day & for the duration of this case as well as turn over the items of value (all), legal tender & wealth to me.

d. An order protecting Plaintiff, her daughters & mother from retaliation of any kind.

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this **3rd** day of **January**, 20**17**.

*Karen E. McGuffey*

(Signature of Plaintiff(s))

From: McGuffey
2885 Statesville Rd.
Watertown, TN
37184

RECEIVED
IN CLERK'S OFFICE
JAN 05 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

7017 0530 0000 0178 2108

ReadyPost®
Document Mailer

U.S. POSTAGE
PAID
LEBANON, TN
37087
JAN 03, 18
AMOUNT
$2.86
R2304N118429-21

To: US District Court for
the Middle District of TN
801 Broadway 800
Nashville, TN
37203